361 A.2d 420

COMMONWEALTH

v.

MOFFITT, Appellant.

Submitted March 1,

1976. Carl B. Stoner, Jr. and Prowell & Stoner, for appellant; Reid Weingarten, Deputy District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.